# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES JOHNSON, JR. and ERICKA JOHNSON | * * * | |
| Plaintiffs | * * | CASE NO: 2:18-cv-01835-MHH |
| VERSUS | * * | |
| ABF FREIGHT SYSTEM, INC. AND MARK EUGENE MASSINGILL | * * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, James Johnson, Jr., and Ericka Johnson, who submit the following witness and exhibit list in accordance with the Federal Rules of Civil Procedure and this Court's scheduling order concerning this matter.

## WITNESS LIST

1. James Johnson, Jr.;

2. Ericka Johnson;

3. Mark Massengill;

4. Officer GD Armstead, Birmingham Police Department;

5. A corporate representative of ABF Freight, Inc.;

6. A corporate representative of Rush Truck Leasing;

7. A corporate representative of Integro Insurance Group;

8. Peter Liechty, MD;

9. John Hamide, MD;

1

10. Reginald Smith, MD;

11. Matthew Berke, MD;

12. Frank Hodges, MD;

13. Betty Bennett, NP;

14. Ralph Litolff, Economist;

15. Lacy Sapp, Lifecare Planner;

16. A representative of Diagnostic Imaging Services;

17. A representative of Crescent View Surgery Center;

18. A representative of Zephyr Anesthesia;

19. A representative of American Health Imaging;

20. A representative of ONE Spine Institute;

21. A representative of Magnolia Physical Therapy;

22. A representative of Health Star Clinic;

23. A representative of MedplexMD Injury;

24. A representative of Alabama Orthopaedic Surgeons;

25. Sam Cates, ABF Safety Director at the time of the collision;

26. Douglas Miller;

27. Lars Reinhart;

28. Jennings Marshal;

29. Any person or entity listed in the Defendants' discovery responses and/or their document production;

30. Any experts retained by any party;

31. Any experts retained to rebut Defendants' experts;

32. Any witness needed for impeachment or rebuttal purposes;

33. Any witness needed to authenticate evidence (documents, photographs, videotapes, etc.) to be introduced at trial;

34. Any witness listed, called, offered, or proffered by any other party to this matter;

35. Any person identified pursuant to ongoing discovery; and

36. Any witness listed on any subsequent *Witness List* or the *Pre-Trial Order*.

## EXHIBIT LIST

1. A certified copy of James Johnson, Jr.'s medical and billing records from the following providers:

    a. ONE Spine Institue;

    b. Crescent View Surgery Center;

    c. Zephyr Anesthesia;

    d. Jeffcare West Jefferson;

    e. Health Star Clinic;

    f. MedplexMD Injury;

    g. Magnolia Physical Therepy;

    h. Louisiana Rehab Products;

    i. Diagnostic Imaging Services;

    j. American Health Imaging;

    k. EPIC Pharmacy; and

    l. Alabama Orthopaedic Surgeons.

2. Police report regarding collision at issue, prepared by Birmingham Police Department Officer GD Armstead, and all attachments thereto;

3. Photographs of the vehicles and collision scene;

4. Expert Report of Ralph Litolff;

5. Expert Report of Lacy Sapp;

6. James Johnson's tax transcripts from the years 2015-present;

7. All documents produced by Defendants pursuant to a discovery request;

8. Any photographic and/or videographic evidence presented on behalf of Defendants or to which Defendants do not object;

9. Any deposition taken in this matter and all attachments thereto;

10. Any trial depositions to be taken on behalf of any party;

11. Any item and/or exhibit relied upon or used by any expert retained in this matter;

12. Any records received by any party in response to a subpoena request and/or authorization;

13. A medical billing summary/chart of all medical billing records since the accident at issue;

14. Any written discovery and responses thereto, including attachments, by any Party;

15. Any and all correspondence exchanged in this matter;

16. Any pleadings filed herein and any attachments thereto;

17. Any exhibit necessary for rebuttal or impeachment;

18. Any exhibit listed, offered, introduced, or referred to by any other Party;

19. Any demonstrative evidence identified pursuant to ongoing discovery;

20. Any documents or other tangible evidence not presently known to Plaintiffs which is discovered subsequent to the filing of this list;

21. Any documentation produced in response to a request for production of documents; and

22. Any document listed by any Party.

   Plaintiffs reserve the right to supplement this *Witness and Exhibit List* as it becomes necessary until the time of trial.

Respectfully submitted,

**BAER LAW, LLC**

BY:    */s/ Eric Tiebauer*
        **JOSHUA A. STEIN (# 37885)**
        **JASON M. BAER (# 31609)**
        **CASEY C. DEREUS (# 37096)**
        3000 Kingman Street, Suite 200
        Metairie, LA 70006
        Telephone: (504) 372-0111
        Facsimile: (504) 372-0151
        Email: jstein@baerlawllc.com
        *Counsel for Plaintiffs*

and

**THE TIEBAUER LAW OFFICES, LLC**
**ERIC TIEBAUER**, ASB # 2431-E68E
P.O Box 1421
4363 Highway 45 North
Waynesboro, MS 39367
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 4th day of February 2020, served a copy of the foregoing pleading to all parties to this proceeding by CM/ECF notification, facsimile, electronic mail and/or depositing same in the United States Mail, properly addressed and postage prepaid.

        _____*/s/ Eric Tiebauer*_____
        ERIC TIEBAUER