FILED
2020 May-12  AM 07:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR., and ERICKA JOHNSON,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ABF FREIGHT SYSTEM, INC., and MARK EUGENE MASSINGILL** ) <br> ) <br> ) <br> Defendants. ) | Case No.: 2:18-cv-01835-MHH |

## JOINT MOTION FOR REVISED SCHEDULING ORDER

COME NOW the Plaintiffs, **James Johnson** and **Erika Johnson**, and the Defendants, **ABF Freight System, Inc.**, and **Mark Eugene Massingill**, by and through undersigned counsel, and file this Joint Motion to Revised Scheduling Order. In support of this motion, the Defendants show unto the court as follows:

The parties have been working diligently to complete discovery in this case. However, due to unforeseen delays caused by COVID19, the parties have not yet completed all discovery in the matter. Namely, both expert witnesses and fact witnesses need to be deposed prior to the discovery deadline. In order to comply, the parties are humbly requesting that the pending Discovery Deadline of June 17,

{DOC# 00657533}

2020 and the Dispositive Motion Deadline of July 16, 2020 be extended.[1] The parties met and conferred by conference call on May 8, 2020 and believe that all discovery can be completed by September 15, 2020. Furthermore, the parties ask this Court to place the dispositive motion deadline on October 15, 2020 in an effort to ensure that both parties have all the information they require for their respective dispositive motions.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request that this Honorable Court grant their Motion for Revised Scheduling Order and extend the pending litigation deadlines.

Dated this 12th day of May, 2020.

---

[1] These new deadlines were calculated using this Court's Standing Order entered on May 5, 2020.

        Respectfully submitted,

        *s/ Howard Perdue, III*
        Thomas L. Oliver, II
        Howard Perdue, III
        Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-Mail:   toliver@carrallison.com
        tperdue@carrallison.com

        *s/ Eric Tiebauer*
        Eric Tiebauer

**OF COUNSEL:**
Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:  (601) 735-5008
*Attorney for the Plaintiffs*

        *s/ Jason M. Baer*
        Jason M. Baer

Jason M. Baer *pro hac vice*
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:  (504) 372-0151
*Attorney for the Plaintiffs*

{DOC# 00657533}        3