UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| James Johnson, Jr., et al. | * |
| | * |
| Plaintiffs | *  Case No.: 2:18-cv-1835-MHH |
| | * |
| v. | * |
| | * |
| ABF Freight System, Inc., et al. | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel, come Plaintiffs, James Johnson, Jr., and Ericka Johnson, who submit the following witness and exhibit list in accordance with the Federal Rules of Civil Procedure and this Court's scheduling order concerning this matter.

### WITNESS LIST

1. James Johnson, Jr.;

    a. Current Address: 1400 N. State Hwy 360, Apt 1513, Mansfield, TX 76063.

    b. Telephone Number: 817-664-3699.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

2. Ericka Johnson;

    a. Address: 1640 Gary Lane, Apt. D., Gretna, Louisiana 70056.

    b. Telephone Number: 504-900-5185.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

3. Mark Massengill;

    a. Address: 4215 East Armuchee Rd., Lafayette, Georgia 30728.

    b. Telephone Number: 706-266-0404.

    c. Designation: May Call.

    d. Type of Testimony: Live.

4. Officer GD Armstead, Birmingham Police Department;

    a. Address: 1710 1st Avenue N., Birmingham, AL 35203

    b. Telephone Number: 205-328-9311

    c. Designation: May Call.

    d. Type of Testimony: Live.

5. Peter Liechty, MD;

    a. Address: 3530 Houma Boulevard, Suite 202, Metairie, Louisiana 70006.

    b. Telephone Number: 504-437-1111.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

6. John Hamide, MD;

    a. Address: 3434 Houma Blvd #300, Metairie, LA 70006.

    b. Telephone Number: 504-609-2330.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

7. Reginald Smith, MD;

    a. Address: 2124 4th Avenue South, Birmingham, Alabama 35233

    b. Telephone Number: 205-983-8899.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

8. Matthew Berke, MD;

    a. Address: 2124 4th Avenue South, Birmingham, Alabama 35233

    b. Telephone Number: 205-983-8899.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

9. Frank Hodges, MD;

    a. Address: 52 Medical Park E. Dr., Ste. 220, Birmingham, Alabama 35235.

    b. Telephone Number: 205-838-4747.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

10. Betty Bennett, NP;

    a. Address:

    b. Telephone Number:

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

11. Ralph Litolff, Economist;

    a. Address: 2637 Edenborn Avenue, Suite 305, Metairie, Louisiana 70005

    b. Telephone Number: 504-587-1670.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

12. Lacy Sapp, Lifecare Planner;

    a. Address: 3501 N Causeway Blvd, Unit 900, Metairie, LA 70002.

    b. Telephone Number: 504-608-6923.

    c. Designation: Will Call.

    d. Type of Testimony: Live.

13. A representative of EPIC Pharmacy.

    a. Address: 612 Veterans Memorial Blvd., Metairie, LA 70005.

    b. Telephone Number: 504-325-5613.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

14. A representative of Diagnostic Imaging Services;

    a. Address: 4241 Veterans Blvd., Suite 201, Metairie, LA 70006.

    b. Telephone Number: 504-459-3220.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

15. A representative of Crescent View Surgery Center;

    a. Address: 3434 Houma Blvd #300, Metairie, LA 70006.

    b. Telephone Number: 504-609-2330.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

16. A representative of Zephyr Anesthesia;

    a. Address: 2816 Kingston Street, Ste. C., Kenner, Louisiana, 70062.

    b. Telephone Number: 504-408-0804.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

17. A representative of American Health Imaging;

    a. Address: 3570 Grandview Parkway, Ste. 102, Birmingham, AL 35243.

    b. Telephone Number: 205-944-2274.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

18. A representative of ONE Spine Institute;

    a. Address: 3530 Houma Boulevard, Suite 202, Metairie, Louisiana 70006.

    b. Telephone Number: 504-437-1111.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

19. A representative of Magnolia Physical Therapy;

    a. Address: 5606 Jefferson Highway, Harahan, Louisiana 70123.

    b. Telephone Number: 504-733-0254.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

20. A representative of Health Star Clinic;

    a. Address: 3419 Colonnade Pkwy., Ste. 500, Birmingham, AL 35243.

    b. Telephone Number: 205-203-0000.

    c. Designation: May Call.

    d. Type of Testimony: Deposition.

21. A representative of MedplexMD Injury;

   a. Address: 2124 4th Avenue South, Birmingham, Alabama 35233

   b. Telephone Number: 205-983-8899.

   c. Designation: May Call.

   d. Type of Testimony: Deposition.

22. A representative of Alabama Orthopaedic Surgeons;

   a. Address: 52 Medical Park E. Dr., Ste. 220, Birmingham, Alabama 35235.

   b. Telephone Number: 205-838-4747.

   c. Designation: May Call.

   d. Type of Testimony: Deposition.

23. A representative of JeffCare Health Center – Jefferson Parish Human Services Authority

   a. Address: 5001 West Bank Expressway, Suite 100, Marrero, LA 70072.

   b. Telephone Number: 205-838-4747.

   c. Designation: May Call.

   d. Type of Testimony: Deposition.

24. Sam Cates, ABF Safety Director at the time of the collision;

   a. Address: 3801 Old Greenwood Rd., Fort Smith, AR 72903.

   b. Telephone Number: 800-610-5544.

   c. Designation: May Call.

   d. Type of Testimony: Deposition.

25. Douglas Miller;

   a. Address: 813 Downtowner Boulevard, Suite-C, Post Office Box 161572, Mobile, AL 36616.

    b. Telephone Number: 251-342-6335.

    c. Designation: May Call.

    d. Type of Testimony: Live.

26. Lars Reinhart;

    a. Address: 12810 West Golden Lane, San Antonio, Texas, 78249.

    b. Telephone Number: 210-691-0281.

    c. Designation: May Call.

    d. Type of Testimony: Live.

27. Nancy Michalski;

    a. Address: 10250 Constellation Blvd., Suite 2815, Los Angeles, CA 90067.

    b. Telephone Number: 310-853-8448

    c. Designation: May Call.

    d. Type of Testimony: Live.

28. Jennings Marshall;

    a. Address: Samford University, 8800 Lakeshore Drive, Birmingham, AL 35229.

    b. Telephone Number: 205-726-2539.

    c. Designation: May Call.

    d. Type of Testimony: Live.

29. Any person or entity listed in the Defendants' discovery responses and/or their document production;

30. Any experts retained by any party;

31. Any experts retained to rebut Defendants' experts;

32. Any witness needed for impeachment or rebuttal purposes;

33. Any witness needed to authenticate evidence (documents, photographs, videotapes, etc.) to be introduced at trial;

34. Any witness listed, called, offered, or proffered by any other party to this matter;

35. Any person identified pursuant to ongoing discovery; and

36. Any witness listed on any subsequent *Witness List* or the *Pre-Trial Order*.

## EXHIBIT LIST

*Plaintiffs reached out to Defendants, requesting a joint stipulation as to the authenticity and admissibility of the certified medical bills and records and a joint stipulation agreeing to enter all certified medical bills and records into evidence. At this time, Defendants are open to a joint stipulation as to the bills, but not the medical records.*

*Based on the currently-scheduled, week-long trial, and the fact that both parties' experts have relied on these documents to formulate the opinions contained in their expert reports and the testimony they intend to offer at trial, Plaintiffs are hopeful that the parties can reach common ground on this issue, to expedite trial and avoiding having to authenticate and separately admit all the voluminous medical records.*

Out of an abundance of caution, Plaintiffs have reached out to confirm this with Defendants but are currently still awaiting a response. The proposed stipulation as to medical bills has not yet been formalized or agreed to.

**Expects to Offer:**

1. A summary of medical records and bills pursuant to Federal Rule of Evidence 1006.

2. A certified copy of James Johnson, Jr.'s medical and billing records from the following providers:

    a. ONE Spine Institue;

    b. Crescent View Surgery Center;

  c. Zephyr Anesthesia;

  d. Jeffcare West Jefferson;

  e. Magnolia Physical Therepy;

  f. Louisiana Rehab Products;

  g. Diagnostic Imaging Services; and

  h. EPIC Pharmacy.

3. Police report regarding collision at issue, prepared by Birmingham Police Department Officer GD Armstead, and all attachments thereto;

4. Photographs of the vehicles and collision scene;

5. Expert Report of Ralph Litolff;

6. Expert and Rebuttal Report of Lacy Sapp;

7. James Johnson's tax transcripts from the years 2015-present;

**May Offer:**

8. A certified copy of James Johnson, Jr.'s medical and billing records from the following providers:

  a. Health Star Clinic;

  b. MedplexMD Injury;

  c. American Health Imaging; and

  d. Alabama Orthopaedic Surgeons.

9. All documents produced by Defendants pursuant to a discovery request;

10. Any photographic and/or videographic evidence presented on behalf of Defendants or to which Defendants do not object;

11. Any deposition taken in this matter and all attachments thereto;

12. Any trial depositions to be taken on behalf of any party;

13. Any item and/or exhibit relied upon or used by any expert retained in this matter;

14. Any records received by any party in response to a subpoena request and/or authorization;

15. A medical billing summary/chart of all medical billing records since the accident at issue;

16. Any written discovery and responses thereto, including attachments, by any Party;

17. Any and all correspondence exchanged in this matter;

18. Any pleadings filed herein and any attachments thereto;

19. Any exhibit necessary for rebuttal or impeachment;

20. Any exhibit listed, offered, introduced, or referred to by any other Party;

21. Any demonstrative evidence identified pursuant to ongoing discovery;

22. Any documents or other tangible evidence not presently known to Plaintiffs which is discovered subsequent to the filing of this list;

23. Any documentation produced in response to a request for production of documents; and

24. Any document listed by any Party.

Plaintiffs reserve the right to supplement this *Witness and Exhibit List* as it becomes necessary until the time of trial.

SIGNATURE BLOCK ON FOLLOWING PAGE

Respectfully submitted,

**BAER LAW, LLC**

BY:    */s/ Eric Tiebauer*
       **THE TIEBAUER LAW OFFICES, LLC**
       **ERIC TIEBAUER, ASB # 2431-E68E**
       P.O Box 1421
       4363 Highway 45 North
       Waynesboro, MS 39367
       *Attorney for Plaintiffs*

and

**JASON M. BAER (# 31609)**
   **Admitted *Pro Hac Vice***
3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of October 2020, served a copy of the foregoing pleading to all parties to this proceeding by CM/ECF notification, facsimile, electronic mail and/or depositing same in the United States Mail, properly addressed and postage prepaid.

       */s/ Eric Tiebauer*
       **ERIC TIEBAUER**