UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **James Johnson, Jr., et al.** | * | |
| | * | |
| **Plaintiffs** | * | Case No.: 2:18-cv-1835-MHH |
| | * | |
| **v.** | * | |
| | * | |
| **ABF Freight System, Inc., et al.** | * | |
| | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE DR. LARS REINHART FROM OPINING ON MEDICAL CAUSATION BECAUSE HE IS NOT QUALIFIED

For a physician to be qualified to testify about medical causation and injury, the medical issues must be <u>within his subject area</u>. That means a medical degree is necessary—but *not sufficient*—to qualify a doctor to opine on medical causation, since the expert must be qualified not just about medicine generally, but about the medical issues involved in the case. Here, Defendants have retained Dr. Lars Reinhart to perform "an injury causation analysis and biomechanical opinion."[1] In other words, his testimony is intended to address both medical causation ("injury causation analysis") as well as a biomechanical opinion. While Dr. Reinhart may be a qualified emergency medicine doctor, he is *not* a radiologist, an orthopedic spine surgeon, or a neurosurgeon. Also, unlike the other doctors in this case, Dr. Reinhart is not a treating doctor—in fact, he has never met Mr. Johnson or even asked to examine him. The question before this Court is whether Dr. Reinhart—who admits that he not a radiologist, an orthopedic spine surgeon, or a neurosurgeon and admits that he has never even seen Mr. Johnson—is qualified to opine on the issue of medical causation (that is, whether the collision caused Mr. Johnson's spinal

---

[1] Exhibit 1, Reinhart Deposition, p. 8:17–23.

herniations and the spine surgery) even though he based his opinions off radiology readings and records from a spine surgeon and neurosurgeon. This Motion is limited to the issue of whether Dr. Reinhart is *qualified* to opine on medical causation in this spinal injury and spine surgery case.[2]

A trial court's role as a gatekeeper requires a court to assess qualification based on more "than simply 'taking the expert's word for it.'" Instead, the court should independently assess whether the proponents of the expert testimony have satisfied their burden of proving that the expert is qualified to offer an opinion on the specific issue he seeks to testify about. Here, Defendants and Dr. Reinhart have not satisfied this burden. Although they have shown he may be qualified in some respects (*i.e.*, emergency medicine, mechanical engineering, and accident reconstruction), Defendants have not satisfied their burden of showing how he is qualified to give medical causation testimony concerning Mr. Johnson's spinal herniations and spine surgery. For these reasons—which are more fully explained in the Memorandum of Support of this Motion[3]—this Court should GRANT this motion, rule that Dr. Reinhart does not have the qualifications to give medical causation testimony, and preclude Dr. Reinhart from testifying as to medical causation at trial.

SIGNATURE BLOCK ON FOLLOWING PAGE

---

[2] If necessary, challenges regarding the *reliability* of Dr. Reinhart's testimony (as a mechanical engineer, accident reconstructionist, and regarding medical causation) on *Daubert* grounds will be addressed in a separate Motion.

[3] The Memorandum in Support of this Motion on Qualifications and all its Exhibits are incorporated by reference to this Motion.

Respectfully Submitted,

**THE TIEBAUER LAW OFFICES, LLC**
*/s/ Eric Tiebauer*
**ERIC TIEBAUER,** ASB# 2431-E68E
P.O. Box 1421
4363 Highway 45 North
Waynesboro, MS 39367
Telephone:     (601) 735-5222
Facsimile:      (601) 735-5008
Email:           tiebauer@att.net
*Counsel for Plaintiffs*

and

**BAER LAW, LLC**
**JASON M. BAER,** Bar No. 31609
   *Admitted Pro Hac Vice*
3000 Kingman St., Ste 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel for all parties via CM/ECF Filer System, on this 26th day of October, 2020.

*/s/ Eric Tiebauer*
ASB# 2431-E68E