# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR.,** and **ERICKA JOHNSON,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **ABF FREIGHT SYSTEM, INC.,** and **MARK EUGENE MASSINGILL,** | ) Case No.: 2:18-cv-01835-MHH<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' EXHIBIT LIST

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, by and through their counsel of record in the above-styled cause, and file the following Exhibit List in accordance with Federal Rule of Civil Procedure 26:

### **EXHIBITS**

Defendants expect to introduce the following exhibits into evidence at the trial of the above-styled case:

1.  Photographs of James Johnson's trailer, Defendants' Exhibits 2, 3, 7, 11, 12, 14, and 15 to the Deposition of James Johnson, ABF FREIGHT SYSTEM 000290

{DOC# 00696172}                                              1

2. Accident photographs, Defendants' Exhibits 5 and 6 to the Deposition of James Johnson

3. Accident report submitted to Energy Dispatch, LLC, pages 1 through 3 and 12 through 17 of Defendants' Exhibit 16 to the Deposition of James Johnson

4. Overhead demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Drone Video 30 fps" in Dr. Reinhart's expert production

5. Front view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior Front Overall 60 fps" in Dr. Reinhart's expert production

6. Side view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior View Side Overall 60 fps" in Dr. Reinhart's expert production

7. Cab view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Int Cab Front 60 fps" in Dr. Reinhart's expert production

8. Cab view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled A082419 Int Cab Right 60 fps" in Dr. Reinhart's expert production

9. Split-screen demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Int Cab Split Screen 60 fps" in Dr. Reinhart's expert production

10. James Johnson's 2016 and 2017 W-2 Wage and Tax Statements from Energy Dispatch, LLC, Defendants' Exhibits 8 and 10 to the Deposition of Andrew Motz

11. Energy Dispatch, LLC's Payment Detail Listing for James Johnson, Jr., pages 6-16 and 21-33 of Defendants' Exhibit 1 to the Deposition of Andrew Motz

12. Dr. Frank Spain Hodges's June 28, 2017 patient record for James Johnson, Defendants' Exhibit 2 to the Deposition of Frank Spain Hodges

13. Mark Massingill's May 2014 application to ABF Freight System, Plaintiffs' Exhibit 4 to the Deposition of Mark Massingill

14. June 2014 PSP Detailed Report obtained by ABF from the Federal Motor Carrier Safety Administration, ABF FREIGHT SYSTEM 000093

15. June 2014 Hireright Criminal History Reports obtained by ABF, ABF FREIGHT SYSTEM 000009-000010

16. October 2014 Record of Road Test administered to Massingill by ABF, ABF FREIGHT SYSTEM 000034, 000097-000098

17. October 2014 certificate of driving record, ABF FREIGHT SYSTEM 000023

18. Training records for Massingill, ABF FREIGHT SYSTEM 000106

19. Certificate of Completion of entry-level driver training from the University of Arkansas – Fort Smith, ABF FREIGHT SYSTEM 000037

20. Copy of Massingill Class A Commercial Driving License, ABF FREIGHT SYSTEM 000026

21. Color copy of Massingill's Class A Commercial Driver's License, Plaintiffs' Exhibit 1 to the Deposition of Mark Massingill

22. Massingill's June 2016 medical certificate, ABF FREIGHT SYSTEM 000142

23. James Johnson, Jr.'s May 13, 2016 job function questionnaire, Defendants' Exhibit 2 to the Deposition of Andrew Motz

24. Bill of lading for load hauled by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 3 to the Deposition of Andrew Motz

25. Delivery report for load delivered by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 4 to the Deposition of Andrew Motz

26. Bill of lading for load hauled by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 5 to the Deposition of Andrew Motz

27. Delivery reports for loads delivered by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 6 to the Deposition of Andrew Motz

28. Employee termination/resignation by Energy Dispatch, LLC for James Johnson, Jr., Defendants' Exhibit 7 to the Deposition of Andrew Motz

29. All photographs of the vehicles

30. All photographs of the accident scene

31. Certified copies of public records from *State of Louisiana v. James Johnson*, Case No. 19-4081, Division O, 24th Judicial District Court, Jefferson Parish, Louisiana

32. Certified copies of public records from *State of Louisiana v. James Johnson*, Case No. 09-4616, Division N, 24th Judicial District Court, Jefferson Parish, Louisiana

Defendants may introduce the following exhibits at the trial of the above-styled case:

33. All pleadings filed in this case

34. Interrogatory responses of James Johnson, Jr. and Ericka Johnson

35. Responses to requests for production by James Johnson, Jr. and Ericka Johnson

36. Documents produced by Plaintiffs in response to discovery requests

37. Documents produced by Defendant ABF Freight System, Inc. in response to discovery requests (ABF FREIGHT SYSTEM 000001-000353)

38. Documents produced by Mark Massingill in response to discovery requests (MARK MASSINGILLL 000001-000002)

39. Documents produced by Racetrac Petroleum, Inc. in response to Defendants' subpoena (RACETRAC PETROLEUM 000001-000153)

40. Documents produced by American Building Products, LLC in response to Defendants' subpoena (AMERICAN BUILDING PRODUCTS, LLC 000001-000115)

41. Med Bill Audit Analysis and Record Review prepared by Nancy Michalski dated July 23, 2019

42. Expert Report and File Materials of Dr. Lars Reinhart

43. Expert Report and file of Dr. Jennings Marshall

44. Expert Report and file of Nancy Michalski

45. Expert Report and File of Douglas Miller

46. Resume of Dr. Lars Reinhart

47. Resume of Dr. Jennings Marshall

48. Resume of Nancy Michalski

49. Resume of Douglas Miller

50. All documents identified in Plaintiffs' Initial Disclosures and Exhibit List

51. Any and all depositions taken in this case, including the exhibits to those depositions

52. Any and all documents produced in response to subpoenas issued by Plaintiffs or Defendants

53. Demonstrative aids

54. Any documents necessary for impeachment or rebuttal

Defendants reserve the right to amend this exhibit list based on the Court's rulings on the viability and/or admissibility of certain claims and/or defenses of the parties. Defendants, by listing the above mentioned documents, do not waive the right to object to all or a portion thereof on the basis of authenticity, relevance, undue prejudice, or any other grounds whatsoever.

                Respectfully submitted,

                */s/ Thomas L. Oliver, II*
                Thomas L. Oliver, II (ASB-3153-R53T)
                Robert A. Arnwine, Jr. (ASB-5964-B65A)
                Dennis O. Vann, Jr. (ASB-5854-I61U)
                Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:  toliver@carrallison.com
        rarnwine@carrallison.com
        dvann@carrallison.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of November, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

      \_\_\_\_\_Facsimile transmission;
      \_\_\_\_\_Hand Delivery;
      \_\_\_\_\_Electronic Mail;
      \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
      \_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:  (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:  (504) 372-0151

                                                *s/ Thomas L. Oliver, II*
                                                Of Counsel