# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES JOHNSON, JR., and** | ) | |
| **ERICKA JOHNSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:18-cv-01835-MHH** |
| **ABF FREIGHT SYSTEM, INC.,** | ) | |
| **and MARK EUGENE** | ) | |
| **MASSINGILL,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' WITNESS LIST

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, by and through their counsel of record in the above-styled cause, and file the following Witness List in accordance with Federal Rule of Civil Procedure 26:

## <u>WITNESSES</u>

Defendants expect to call the following witnesses at trial:

1. Mark Eugene Massingill, c/o Carr Allison

2. Dr. Lars Reinhart, 12810 West Golden Lane, San Antonio, Texas 78249, (210) 691-0281

{DOC# 00696174}                    1

3.      Dr. Jennings Marshall, 800 Lakeshore Drive, Birmingham, Alabama 35229, (205) 726-2539

4.      Douglas Miller, 813 Downtowner Boulevard, Suite C, Mobile, Alabama 36616, (251) 342-6335

5.      Nancy Michalski, 1149 South Hill Street, Suite 465, Los Angeles, California 90015, (213) 347-0203

6.      Officer GD Armstead, 1710 1st Avenue North, Birmingham, Alabama 35203, (205) 328-9311

7.      Andrew Motz, as designated corporate representative of Racetrac Petroleum, Inc., 200 Galleria Parkway SE, Suite 900, Atlanta, Georgia 30339, (770) 431-7600, via deposition

8.      Dr. Frank Spain Hodges, 52 Medical Park E. Dr., Suite 220, Birmingham, Alabama 35235, (205) 838-4747, via deposition

Defendants may call the following witnesses at trial:

9.      James Johnson, Jr., c/o The Tiebauer Law Offices and Baer Law, live or via deposition

10.     Ericka Johnson, c/o The Tiebauer Law Offices and Baer Law, live or via deposition

11.     A representative of Racetrac Petroleum, Inc., 200 Galleria Parkway SE, Suite 900, Atlanta, Georgia 30339, (770) 431-7600, via deposition

12.    A representative of American Building Products, LLC, 5600 Jefferson Highway, Building W-2 Suite 248, Harahan, Louisiana 70123, (504) 734-9941, via deposition

13.    A representative of ABF Freight System, Inc., 300 South Spring Street, Suite 900, Little Rock, Arkansas 72201, (800) 610-5544

14.    Any person or entity named in Plaintiffs' discovery responses and/or Plaintiffs' witness list

15.    Any experts retained by either party

16.    Any witness needed for impeachment or rebuttal purposes

17.    Any witness needed to authenticate evidence to be introduced at trial

18.    Any witness listed, called, offered, or proffered by any other party

19.    Any person identified in discovery

20.    Any witness listed on any subsequent witness list or in the Pretrial Order

Defendants reserve the right to amend and/or supplement this witness list based on the Court's rulings on the viability and/or admissibility of certain claims and/or defenses of the parties. Defendants, by listing the above mentioned witnesses, do not waive the right to object to all or a portion thereof on the basis of qualifications, relevance, undue prejudice, or any other grounds whatsoever.

Respectfully submitted,

_s/ Thomas L. Oliver, II_
Thomas L. Oliver, II (ASB-3153-R53T)
Robert A. Arnwine, Jr. (ASB-5964-B65A)
Dennis O. Vann, Jr. (ASB-5854-I61U)
Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:   (205) 822-2057
E-mail:       toliver@carrallison.com
              rarnwine@carrallison.com
              dvann@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

_____Facsimile transmission;

_____Hand Delivery;

\_\_\_\_Electronic Mail;

_____Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or

\_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:   (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:   (504) 372-0151

*s/ Thomas L. Oliver, II*
Of Counsel