IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, JR., and ERICKA JOHNSON,  )<br><br>Plaintiffs,  )<br><br>v.  )<br>  )<br>ABF FREIGHT SYSTEM, INC., and MARK EUGENE MASSINGILL,  )<br><br>Defendants.  ) | Case No.: 2:18-cv-01835-MHH |

## DEFENDANTS' DESIGNATION OF DEPOSITION EXCERPTS

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, by and through their counsel of record in the above-styled cause, and file the following designation of deposition excerpts:

Defendants expect to offer the following excerpts from the deposition of Dr. Frank Spain Hodges at the trial of this matter:

    Page 7, Line 3 through Page 7, Line 5
    Page 8, Line 12 through Page 10, Line 4
    Page 11, Line 7 through Page 11, Line 17
    Page 12, Line 6 through Page 12, Line 23
    Page 13, Line 8 through Page 16, Line 16
    Page 17, Line 5 through Page 17, Line 18
    Page 18, Line 1 through Page 26, Line 9
    Page 39, Line 5 through Page 39, Line 17

Defendants expect to offer the following excerpts from the deposition of Andrew Motz, the designated corporate representative of Racetrac Petroleum, Inc., at the trial of this matter:

    Page 7, Line 23 through Page 8, Line 2
    Page 8, Line 5 through Page 17, Line 11
    Page 17, Line 16 through Page 23, Line 15
    Page 24, Line 10 through Page 34, Line 2
    Page 34, Line 2 through Page 34, Line 11
    Page 34, Line 17 through Page 35, Line 12
    Page 35, Line 14 through Page 36, Line 1
    Page 36, Line 12 through Page 36, Line 14
    Page 36, Line 19 through Page 37, Line 10
    Page 37, Line 12 through Page 38, Line 20
    Page 38, Line 22 through Page 39, Line 16
    Page 39, Line 18 through Page 40, Line 19
    Page 40, Line 21 through Page 41, Line 2
    Page 41, Line 4 through Page 41, Line 16
    Page 41, Line 18
    Page 46, Line 8 through Page 46, Line 20
    Page 46, Line 22 through Page 47, Line 2
    Page 47, Line 4 through Page 48, Line 4
    Page 50, Line 5 through Page 50, Line 10
    Page 50, Line 12

Defendants also reserve the right to use any portion of any deposition for impeachment or rebuttal purposes or for witnesses who become unavailable for trial.

                              Respectfully submitted,

                              */s/ Thomas L. Oliver, II*
                              Thomas L. Oliver, II (ASB-3153-R53T)
                              Robert A. Arnwine, Jr. (ASB-5964-B65A)
                              Dennis O. Vann, Jr. (ASB-5854-I61U)
                              Attorneys for Defendants

**OF COUNSEL:**

{DOC# 00695816}                              2

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:     toliver@carrallison.com
            rarnwine@carrallison.com
            dvann@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

    \_\_\_\_\_Facsimile transmission;
    \_\_\_\_\_Hand Delivery;
    \_\_\_\_\_Electronic Mail;
    \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
    \_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:  (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:  (504) 372-0151

                                    *s/ Thomas L. Oliver, II*
                                    Of Counsel

{DOC# 00695816}                     3