IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, JR., and ERICKA JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ABF FREIGHT SYSTEM, INC., and MARK EUGENE MASSINGILL, | ) Case No.: 2:18-cv-01835-MHH ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, and hereby respectfully move for the Court for summary judgment on all claims of wantonness, negligence per se, wantonness per se, negligent/wanton hiring, training, retention, and supervision, and negligent/wanton entrustment. Defendants also respectfully move for summary judgment on all claims for punitive damages and Ericka Johnson's claim for loss-of-consortium damages after her permanent and voluntary separation from James Johnson. In support thereof, Defendants rely upon their contemporaneously-filed brief and exhibits.

{DOC# 00684627}                             1

        Respectfully submitted,

        *s/ Thomas L. Oliver, II*
        Thomas L. Oliver, II (ASB-3153-R53T)
        Robert A. Arnwine, Jr. (ASB-5964-B65A)
        Dennis O. Vann, Jr. (ASB-5854-I61U)
        Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:  toliver@carrallison.com
        rarnwine@carrallison.com
        dvann@carrallison.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of November 2020, I have served a copy of the above and foregoing on counsel for all parties by:

      \_\_\_\_\_Facsimile transmission;
      \_\_\_\_\_Hand Delivery;
      \_\_\_\_\_Electronic Mail;
      \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
      \_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:  (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:  (504) 372-0151

                                              *s/ Thomas L. Oliver, II*
                                              Of Counsel