IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR., and ERICKA JOHNSON,** )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**ABF FREIGHT SYSTEM, INC.,** )<br>**and MARK EUGENE** )<br>**MASSINGILL,** )<br>)<br>)<br>Defendants.  ) | Case No.: 2:18-cv-01835-MHH |

## NOTICE OF FILING ADDITIONAL EXHIBIT

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, and hereby submit the attached exhibit as Exhibit K to Defendants' Motion for Partial Summary Judgment (Doc. 83).

        Respectfully submitted,

        */s/ Thomas L. Oliver, II*
        Thomas L. Oliver, II (ASB-3153-R53T)
        Robert A. Arnwine, Jr. (ASB-5964-B65A)
        Dennis O. Vann, Jr. (ASB-5854-I61U)
        Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216

{DOC# 00696435}        1

Telephone: (205) 822-2006
Facsimile: (205) 822-2057
E-mail: toliver@carrallison.com
rarnwine@carrallison.com
dvann@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

　　　　Facsimile transmission;
　　　　Hand Delivery;
　　　　Electronic Mail;
　　　　Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
　X　Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone: (601) 735-5222
Facsimile: (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151

　　　　　　　　　　　　　　　　　　*/s/ Thomas L. Oliver, II*
　　　　　　　　　　　　　　　　　　Of Counsel

{DOC# 00696435}　　　　　　　　　2