FILED

2020 Nov-16  PM 05:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT K

**MEDICAL EXAMINER'S CERTIFICATE**

I certify that I have examined MARK MASSingill in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified and, if applicable, only when.

☑ wearing corrective lenses     ☐ driving with in an exempt intracity zone (49 CFR 391.62)

☐ wearing hearing aid     ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)

☐ accompanied by a _____ waiver/exemption     ☐ Qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachments embodies my findings completely and correctly and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| _[signature]_ | 423-800-7500 | 6-25-15 |

| MEDICAL EXAMINER'S NAME (PRINT) | | |
|---|---|---|
| **DANIEL J. CALLAN DO/MPH** | ☐ MD   ☐ DO | ☐ Chiropractor |
| | ☐ Physician Assistant | ☐ Advanced Practice Nurse |

| MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE | NATIONAL REGISTRY NO. |
|---|---|
| TN DO1905 | 9481938389 |

| SIGNATURE OF DRIVER | DRIVER'S LICENSE NO. | STATE |
|---|---|---|
| _[signature]_ Mark Massingill | | GA |

INTRASTATE ONLY ☐ Yes ☐ No     COL ☑ Yes ☐ No

ADDRESS OF DRIVER

_[redacted]_ LaFayette GA _[redacted]_

MEDICAL CERTIFICATE EXPIRATION DATE

06/25/2016

ABF FREIGHT SYSTEM 000128

**MEDICAL EXAMINER'S CERTIFICATE**

I certify that I have examined **Mark Massingill** in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- ☑ wearing corrective lenses
- ☐ wearing hearing aid
- ☐ accompanied by a _____ waiver/exemption

- ☐ driving within an exempt intracity zone (49 CFR 391.62)
- ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
- ☐ Qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachments embodying my findings completely and correctly and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| | 423-800-7500 | 6/25/15 |

MEDICAL EXAMINER'S NAME (PRINT)

Daniel Callan DO/mPH

- ☐ MD  ☑ DO  ☑ Chiropractor
- ☐ Physician Assistant
- ☐ Advanced Practice Nurse

| MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE | NATIONAL REGISTRY NO. |
|---|---|
| IND01905 | 9481938399 |

SIGNATURE OF DRIVER

Mark Massingill

| DRIVER'S LICENSE NO. | STATE |
|---|---|
| | GA |

INTRASTATE ONLY   ☐ Yes  ☑ No      CDL   ☑ Yes  ☐ No

ADDRESS OF DRIVER

LaFayette GA

EXAMINATION DATE

6/25/2016

**ABF** Freight

ABF FREIGHT SYSTEM 000129