# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR.,** and **ERICKA JOHNSON,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Case No.: 2:18-cv-01835-MHH |
| **ABF FREIGHT SYSTEM, INC.,** and **MARK EUGENE MASSINGILL,** | ) ) ) ) ) |
| Defendants. | ) |

## SUMMARY OF DEFENDANTS' MOTIONS *IN LIMINE*

In accordance with the Court's December 1, 2020 order, Defendants submit the following summary of their Motions *in Limine*:

- The First Motion *in Limine* (Doc. 91) concerns records of medical treatment and medical bills that are not supported by foundational testimony from the particular treating physicians regarding reasonableness and necessity.

- The Second Motion *in Limine* (Doc. 93) concerns injury causation opinions from Dr. Peter Liechty, Dr. John Hamide, and Dr. Frank Hodges.

- The Third Motion *in Limine* (Doc. 94) concerns Lacy Sapp's expert testimony about Mr. Johnson's future medical expenses.

- The Fourth Motion *in Limine* (Doc. 95) concerns Ralph Litolff's expert testimony about past and future lost wages and loss of earning capacity.

- The Fifth Motion *in Limine* (Doc. 96) concerns "Golden Rule" arguments.

1

- The Sixth Motion *in Limine* (Doc. 97) concerns questions or arguments based upon the "Reptile Strategy."

- The Seventh Motion *in Limine* (Doc. 98) concerns evidence and arguments regarding Defendants' insurance coverage or policy limits.

- The Eighth Motion *in Limine* (Doc. 99) concerns evidence or arguments referencing ABF Freight's revenue, size, net worth, or relative wealth.

- The Ninth Motion *in Limine* (Doc. 100) concerns evidence or arguments regarding ABF Freight's corporate status.

- The Tenth Motion *in Limine* (Doc. 101) concerns evidence regarding other commercial accidents or arguments about the danger or hazard of the trucking industry to the public.

- The Eleventh Motion *in Limine* (Doc. 102) concerns evidence or arguments about settlement negotiations.

- The Twelfth Motion *in Limine* (Doc. 103) concerns evidence or arguments about commercial drivers having a heightened standard of care.

- The Thirteenth Motion *in Limine* (Doc. 104) concerns Mark Massingill's driving, hiring, training, and supervision record.

- The Fourteenth Motion *in Limine* (Doc. 105) concerns the accident report.

- The Fifteenth Motion *in Limine* (Doc. 106) concerns testimony from undisclosed witnesses.

- The Sixteenth Motion *in Limine* (Doc. 107) concerns remarks about defense counsel.

- The Seventeenth Motion *in Limine* (Doc. 108) concerns hearsay statements contained in medical records of any physicians who are not called at trial.

        Respectfully submitted,

        */s/ Thomas L. Oliver, II*
        Thomas L. Oliver, II (ASB-3153-R53T)
        Robert A. Arnwine, Jr. (ASB-5964-B65A)
        Dennis O. Vann, Jr. (ASB-5854-I61U)
        Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:     toliver@carrallison.com
             rarnwine@carrallison.com
             dvann@carrallison.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of December, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

      \_\_\_\_\_Facsimile transmission;
      \_\_\_\_\_Hand Delivery;
      \_\_\_\_\_Electronic Mail;
      \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
      \_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:   (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:   (504) 372-0151

Jason F. Giles
**The King Firm**
2912 Canal Street
New Orleans, LA 70119
Telephone:  (504) 909-5464

                                                *s/ Thomas L. Oliver, II*
                                                Of Counsel