FILED
2021 Jan-07 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 2:18-cv-1835-MHH** |
| **v.** ) | |
| ) | |
| **ABF FREIGHT SYSTEM, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This case is **SET** for a telephone conference at **9:15 a.m.** on **January 8, 2021**, to set a date and time for mediation.

The parties are **DIRECTED** to call 888-278-0296 at the scheduled time. The access code is 2142745.

**DONE** this 7th day of January, 2021.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE