FILED
2021 Jan-08  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR.,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:18-cv-1835-MHH |
| **ABF FREIGHT SYSTEM, INC., et al.,** | ) |
| Defendants. | ) |

## ORDER

This case is **SET** for mediation on **January 21, 2021.**  Mediation will be conducted by ZOOM beginning at **9:00 a.m.** with counsel for plaintiff.  Counsel for defendant will begin at **9:30 a.m.**  **Counsel for each party will be required to participate in the mediation along with the party or—if the party is not an individual—with an appropriate representative. In either event, an individual with settlement authority must attend.**

 On or before **January 14, 2021**, the parties shall submit a confidential mediation statement, including (1) a brief summary of the facts and background of the dispute, as well as any materials that may assist the court in understanding the case; (2) a statement of the claims and defenses at issue; (3) the relevant governing law and any unique legal issues presented in the litigation; (4) an estimated value of the claim(s); (5) an estimate of the costs of pursuing or defending this action through trial; and (6)  the status of prior settlement negotiations,

including the amounts of the parties' most recent settlement offers, if any. The material should be marked **"CONFIDENTIAL"** and should be submitted directly to the chambers inbox at blackburn_chambers@alnd.uscourts.gov.

The following is the ZOOM link and instructions

Time: Jan 21, 2021 09:00 AM Central Time (US and Canada) plaintiff
https://www.zoomgov.com/j/1613624453?pwd=WExoTW9TUnRONVhCek1FUWtaK3JjZz09
Meeting ID: 161 362 4453
Passcode: 883836
One tap mobile
+16692545252,,1613624453#,,,,,,0#,,883836# US (San Jose)
+16468287666,,1613624453#,,,,,,0#,,883836# US (New York)
Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US
Meeting ID: 161 362 4453
Passcode: 883836
Find your local number: https://www.zoomgov.com/u/abzk4xHVC
Join by SIP
1613624453@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 362 4453
Passcode: 883836

Prior to January 20, 2021, counsel shall submit a list of everyone participating in the mediation to the court's chambers (blackburn_chambers@alnd.uscourts.gov).

**DONE** this 8th day of January, 2021.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE