# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR., and ERICKA JOHNSON,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **ABF FREIGHT SYSTEM, INC., and MARK EUGENE MASSINGILL,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

Case No.: 2:18-cv-01835-MHH

## DEFENDANTS' AMENDED EXHIBIT LIST

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, by and through their counsel of record in the above-styled cause, and file the following Amended Exhibit List in accordance with Federal Rule of Civil Procedure 26:

## **EXHIBITS**

Defendants expect to introduce the following exhibits into evidence at the trial of the above-styled case:

{DOC# 00696172}                            1

1. Photographs of James Johnson's trailer, Defendants' Exhibits 2, 3, 7, 11, 12, 14, and 15 to the Deposition of James Johnson, ABF FREIGHT SYSTEM 000290

2. Accident photographs, Defendants' Exhibits 5 and 6 to the Deposition of James Johnson

3. Accident report submitted to Energy Dispatch, LLC, pages 1 through 3 and 12 through 17 of Defendants' Exhibit 16 to the Deposition of James Johnson

4. Overhead demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Drone Video 30 fps" in Dr. Reinhart's expert production

5. Front view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior Front Overall 60 fps" in Dr. Reinhart's expert production

6. Front view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior Front Detail View 60 fps" in Dr. Reinhart's expert production

7. Side view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior View Side Overall 60 fps" in Dr. Reinhart's expert production

8. Side view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Exterior Side Detail 60 fps" in Dr. Reinhart's expert production

9. Cab view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Int Cab Front 60 fps" in Dr. Reinhart's expert production

10. Cab view demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled A082419 Int Cab Right 60 fps" in Dr. Reinhart's expert production

11. Split-screen demonstrative video of accident reconstruction prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled "A082419 Int Cab Split Screen 60 fps" in Dr. Reinhart's expert production

12. James Johnson's 2016 and 2017 W-2 Wage and Tax Statements from Energy Dispatch, LLC, Defendants' Exhibits 8 and 10 to the Deposition of Andrew Motz

13. Energy Dispatch, LLC's Payment Detail Listing for James Johnson, Jr., pages 6-16 and 21-33 of Defendants' Exhibit 1 to the Deposition of Andrew Motz

14. Dr. Frank Spain Hodges's June 28, 2017 patient record for James Johnson, Defendants' Exhibit 2 to the Deposition of Frank Spain Hodges

15. James Johnson, Jr.'s May 13, 2016 job function questionnaire, Defendants' Exhibit 2 to the Deposition of Andrew Motz

16. Bill of lading for load hauled by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 3 to the Deposition of Andrew Motz

17. Delivery report for load delivered by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 4 to the Deposition of Andrew Motz

18. Bill of lading for load hauled by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 5 to the Deposition of Andrew Motz

19. Delivery reports for loads delivered by James Johnson, Jr. on October 26, 2016, Defendants' Exhibit 6 to the Deposition of Andrew Motz

20. Employee termination/resignation by Energy Dispatch, LLC for James Johnson, Jr., Defendants' Exhibit 7 to the Deposition of Andrew Motz

21. All photographs of the vehicles

22. All photographs of the accident scene

23. Certified copies of public records from *State of Louisiana v. James Johnson*, Case No. 19-4081, Division O, 24th Judicial District Court, Jefferson Parish, Louisiana

24. Certified copies of public records from *State of Louisiana v. James Johnson*, Case No. 09-4616, Division N, 24th Judicial District Court, Jefferson Parish, Louisiana

Defendants may introduce the following exhibits at the trial of the above-styled case:

25. All pleadings filed in this case

26. Interrogatory responses of James Johnson, Jr. and Ericka Johnson

27. Responses to requests for production by James Johnson, Jr. and Ericka Johnson

28. Documents produced by Plaintiffs in response to discovery requests

29. Documents produced by Defendant ABF Freight System, Inc. in response to discovery requests (ABF FREIGHT SYSTEM 000001-000353)

30. Documents produced by Mark Massingill in response to discovery requests (MARK MASSINGILLL 000001-000002)

31. Documents produced by Racetrac Petroleum, Inc. in response to Defendants' subpoena (RACETRAC PETROLEUM 000001-000153), Defendants' Exhibit 1 to the Deposition of Andrew Motz

32. Exemplar hoses and fittings used by James Johnson while working for Energy Dispatch

33. Documents produced by American Building Products, LLC in response to Defendants' subpoena (AMERICAN BUILDING PRODUCTS, LLC 000001-000115)

34. Demonstrative video of activities of daily living prepared by Dr. Lars Reinhart and Biodynamic Research Corporation, labeled Activities of Daily Living ADL 60 fps in Dr. Reinhart's expert production

35. Med Bill Audit Analysis and Record Review prepared by Nancy Michalski dated July 23, 2019

36. Expert Report and File Materials of Dr. Lars Reinhart

37. Expert Report and file of Dr. Jennings Marshall

38. Expert Report and file of Nancy Michalski

39. Expert Report and File of Douglas Miller

40. Resume of Dr. Lars Reinhart

41. Resume of Dr. Jennings Marshall

42. Resume of Nancy Michalski

43. Resume of Douglas Miller

44. All documents identified in Plaintiffs' Initial Disclosures and Exhibit List

45. Any and all depositions taken in this case, including the exhibits to those depositions

46. Any and all documents produced in response to subpoenas issued by Plaintiffs or Defendants

47. Demonstrative aids

48. Any documents necessary for impeachment or rebuttal

Defendants reserve the right to amend this exhibit list based on the Court's rulings on the viability and/or admissibility of certain claims and/or defenses of the parties. Defendants, by listing the above mentioned documents, do not waive the right to object to all or a portion thereof on the basis of authenticity, relevance, undue prejudice, or any other grounds whatsoever.

        Respectfully submitted,

        */s/ Thomas L. Oliver, II*
        Thomas L. Oliver, II (ASB-3153-R53T)
        Robert A. Arnwine, Jr. (ASB-5964-B65A)
        Dennis O. Vann, Jr. (ASB-5854-I61U)
        Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:  toliver@carrallison.com
　　　　　rarnwine@carrallison.com
　　　　　dvann@carrallison.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of April, 2021, I have served a copy of the above and foregoing on counsel for all parties by:

      \_\_\_\_\_Facsimile transmission;
      \_\_\_\_\_Hand Delivery;
      \_\_\_\_\_Electronic Mail;
      \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
      \_\_X\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:   (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:   (504) 372-0151

                                            *s/ Thomas L. Oliver, II*
                                            Of Counsel