# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES JOHNSON, JR., and ERICKA JOHNSON,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **ABF FREIGHT SYSTEM, INC., and MARK EUGENE MASSINGILL,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

Case No.: 2:18-cv-01835-MHH

## DEFENDANTS' DESIGNATION OF DEPOSITION EXCERPTS

COME NOW Defendants, ABF Freight System, Inc. and Mark Eugene Massingill, by and through their counsel of record in the above-styled cause, and file the following designation of deposition excerpts:

Defendants expect to offer the following excerpts from the deposition of Dr. Frank Spain Hodges at the trial of this matter:

    Page 7, Line 3 through Page 7, Line 5
    Page 8, Line 12 through Page 10, Line 4
    Page 11, Line 7 through Page 11, Line 17
    Page 12, Line 6 through Page 12, Line 23
    Page 13, Line 8 through Page 16, Line 16
    Page 17, Line 5 through Page 17, Line 18
    Page 18, Line 1 through Page 26, Line 9
    Page 39, Line 5 through Page 39, Line 17

Defendants expect to offer the following excerpts from the deposition of Andrew Motz, the designated corporate representative of Racetrac Petroleum, Inc., at the trial of this matter:

    Page 7, Line 23 through Page 15, Line 12
    Page 15, Line 14 through Page 17, Line 11
    Page 17, Line 16 through Page 23, Line 15
    Page 24, Line 10 through Page 34, Line 2
    Page 34, Line 4 through Page 34, Line 11
    Page 34, Line 17 through Page 35, Line 12
    Page 35, Line 14 through Page 36, Line 1
    Page 36, Line 12 through Page 36, Line 14
    Page 36, Line 19 through Page 37, Line 10
    Page 37, Line 12 through Page 38, Line 20
    Page 38, Line 22 through Page 39, Line 16
    Page 39, Line 18 through Page 40, Line 19
    Page 40, Line 21 through Page 41, Line 2
    Page 41, Line 4 through Page 41, Line 16
    Page 41, Line 18
    Page 46, Line 8 through Page 46, Line 19
    Page 46, Line 22 through Page 47, Line 2
    Page 47, Line 4 through Page 48, Line 4
    Page 50, Line 5 through Page 50, Line 10
    Page 50, Line 12

Defendants expect to offer the following excerpts from the deposition of Nancy Michalski at the trial of this matter:

    Page 7, Line 22 through Page 8, Line 4
    Page 9, Line 5 through Page 10, Line 1
    Page 11, Line 19 through Page 13, Line 21
    Page 14, Line 10 through Page 16, Line 11
    Page 26, Lines 9 through 14
    Page 31, Line 14 through Page 39, Line 12
    Page 41, Line 23 through Page 42, Line 11
    Page 48, Lines 1 through 3, 19 through 25
    Page 56, Line 15 through Page 57, Line 13

    Page 57, Line 18 through Page 58, Line 11
    Page 60, Line 10 through Page 68, Line 16
    Page 69, Line 17 through Page 82, Line 19
    Page 83, Line 4 through Page 84, Line 24
    Page 101, Line 21 through Page 105, Line 5
    Page 105, Line 17 through Page 106, Line 12
    Page 109, Line 1 through Page 117, Line 5
    Page 117, Line 22 through Page 125, Line 22
    Page 127, Line 24 through Page 132, Line 25
    Page 134, Line 24 through Page 139, Line 19
    Page 143, Line 3 through Page 148, Line 5
    Page 154, Line 7 through Page 155, Line 18
    Page 159, Line 9 through Page 160, Line 2
    Page 164, Line 19 through Page 166, Line 8
    Page 171, Line 14 through Page 172, Line 15
    Page 189, Line 25 through Page 190, Line 25
    Page 193, Lines 5 through 19
    Page 194, Line 13 through Page 195, Line 3
    Page 196, Line 18 through Page 197, Line 7
    Page 198, Line 10 through Page 199, Line 22
    Page 202, Lines 9 through 20

    Defendants also reserve the right to use any portion of any deposition for impeachment or rebuttal purposes or for witnesses who become unavailable for trial.

    Respectfully submitted,

    */s/ Thomas L. Oliver, II*
    Thomas L. Oliver, II (ASB-3153-R53T)
    Robert A. Arnwine, Jr. (ASB-5964-B65A)
    Dennis O. Vann, Jr. (ASB-5854-I61U)
    Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

E-mail:  toliver@carrallison.com
rarnwine@carrallison.com
dvann@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2021, I have served a copy of the above and foregoing on counsel for all parties by:

    \_\_\_\_\_Facsimile transmission;
    \_\_\_\_\_Hand Delivery;
    \_\_\_\_\_Electronic Mail;
    \_\_\_\_\_Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or
    __X__ Using the Alafile or CM/ECF system which will send notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:   (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:   (504) 372-0151

                                        *s/ Thomas L. Oliver, II*
                                        Of Counsel