FILED
2021 Apr-30  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES JOHNSON, JR., and** | ) | |
| **ERICKA JOHNSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:18-cv-01835-MHH** |
| **ABF FREIGHT SYSTEM, INC.,** | ) | |
| **and MARK EUGENE** | ) | |
| **MASSINGILL,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR SEVENTEENTH MOTION *IN LIMINE*

COME NOW Defendants **ABF Freight System, Inc.** and **Mark Eugene Massingill**, by and through the undersigned counsel, and submit the following reply brief in support of their Seventeenth Motion *in Limine*. (Doc. 108).

### A.    Plaintiffs have filed a motion *in limine* requesting the exclusion of a general category of evidence.

Plaintiffs' argument against filing motions *in limine* pertaining to general categories of evidence is inconsistent with at least one of their filings in this case. Plaintiffs filed a motion *in limine* regarding "non-produced evidence" (Doc. 134), the very type of motion *in limine* they now claim is improper under the *Kirksey v.*

*Schindler Elevator Corp.* decision. If the Court accepts Plaintiffs' position that a motion *in limine* must challenge specific, identified evidence, then Plaintiffs' motion *in limine* regarding "non-produced evidence" (Doc. 134) is due to be denied as well.

**B.      Some of Plaintiff's medical records contain inadmissible hearsay or hearsay within hearsay, but Defendants can address this on a document-by-document basis in exhibit-list objections.**

Plaintiffs' argument that Defendants "ignore" potential exceptions and exemptions to the rule against hearsay fails to recognize that the proponent of the evidence has the burden of proof to overcome hearsay. *Bourjaily v. United States*, 483 U.S. 171, 176 (1987) ("[W]e hold that when preliminary facts relevant to Rule 801(d)(2)(E) are disputed, the offering party must prove them by a preponderance of the evidence."). Because Plaintiffs seek to admit the medical records into evidence, they have the burden to show that an exception to the rule against hearsay applies. Defendants have identified many documents within the thousands of pages of medical records that would not fall within the identified exceptions, and Defendants intend to raise these objections to Plaintiffs' Exhibit List if the Seventeenth Motion *in Limine* is denied.

**C.      The Court has not ruled upon whether the medical records and medical bills are admissible or inadmissible.**

In their Response Brief, Plaintiffs contend the Court held medical records and bills to be authentic and admissible during a November 9, 2020 telephone status conference. (Doc. 156, pp. 5-6). Defendants disagree with this characterization of

the Court's comments at that status conference. The Court deferred any ruling on the

admissibility of the medical records and bills because had not been submitted to the

Court for review at the time of the status conference. (*See* Doc. 72, p. 13).

Respectfully submitted,

*/s/ Thomas L. Oliver, II*
Thomas L. Oliver, II (ASB-3153-R53T)
Robert A. Arnwine, Jr. (ASB-5964-B65A)
Dennis O. Vann, Jr. (ASB-5854-I61U)
Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:  (205) 822-2057
E-mail:     toliver@carrallison.com
            rarnwine@carrallison.com
            dvann@carrallison.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of April, 2021, I have served a copy of the above and foregoing on counsel for all parties by:

    _____Facsimile transmission;
    _____Hand Delivery;
    \_\_\_\_Electronic Mail;
    _____Placing a copy of same in the United States Mail, properly
            addressed and first class postage prepaid to; and/or
    \_\_X\_\_Using the Alafile or CM/ECF system which will send
            notifications of such to the following:

Eric Tiebauer
**The Tiebauer Law Offices, LLC**
P.O. Box 1421
4363 Highway 45 North
Waynesboro, Mississippi 39367
Telephone:  (601) 735-5222
Facsimile:   (601) 735-5008

Jason M. Baer
**Baer Law, LLC**
3000 Kingman Street
Suite 200
Metairie, LA 70006
Telephone:  (504) 372-0111
Facsimile:   (504) 372-0151

Jason F. Giles
**The King Firm**
2912 Canal Street
New Orleans, LA 70119
Telephone:  (504) 909-5464

                    *s/ Thomas L. Oliver, II*
                    Of Counsel